

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 8 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL RIVAS,

Defendant.

Case No. 2:17-cr-00670-GW

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)(1)]

On January 27, 2026, Defendant Manuel Rivas made his initial on the petition for revocation of supervised release and warrant for arrest issued on March 7, 2024. The Federal Public Defender's Office, by DFPD Hannah Bogen, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Jun Nam. A contested detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

The allegations in the Petition, principally, that Mr. Rivas absconded from supervision in 2023, as well as Mr. Rivas's decision to submit on the recommendation of detention.

B.    ☐    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

*Given the finding with respect to non-appearance, the Court declines to make any finding with respect to danger to the community.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: January 28, 2026

_____
/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE